May 28, 2010

Mr. Brad M. LaMorgese
McCurley Orsinger McCurley
Nelson & Downing LLP
5950 Sherry Lane, Suite 800
Dallas, TX 75225
Ms. Georganna L. Simpson
Simpson * Martin, LLP
1349 Empire Central Drive
Woodview Tower, Suite 600
Dallas, TX 75247-4042

RE: Case Number: 09-0415
 Court of Appeals Number: 05-06-00966-CV
 Trial Court Number: 03-12312-T

Style: LEILA REGENIA BROWN HIDALGO
 v.
 ALVIN STEVE HIDALGO

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion and judgment in the
above-referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Gary |
| |Fitzsimmons |
| |Ms. Lisa Matz |